Massman, Appellant, *v.* Philadelphia, Appellant.

100

Argued April 18, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Lawrence J. Richette,* for plaintiff.

*Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Frank J. Pfizenmayer,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, defendant.

Opinion Per Curiam, May 21, 1968:

Judgment affirmed on the opinion of President Judge Jamieson, as reported in 44 Pa. D. & C. 2d 636.

Mr. Chief Justice Bell dissents and would grant a judgment n.o.v.

Mr. Justice Musmanno dissents and would order a new trial limited to damages alone.